UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Tetyana Kochetkova,

        Plaintiff,

    -against-

Garnet Health Medical Center,

        Defendant.
-------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

23-cv-9340-PMH

    IT IS HEREBY STIPULATED AND AGREED, by and between settlement counsel for plaintiff, Tetyana Kochetkova and counsel for defendants, that pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A)(ii), this action is hereby voluntarily dismissed with prejudice and without costs or attorneys' fees.

Dated: September 4, 2024
       New York, New York

| | |
|---|---|
| LISA RIVERA, ESQ<br>New York Legal Assistance Group<br><br>By: _/s/ Susanne Keane_____<br>Susanne Toes Keane<br>NYLAG Clinic for Pro Se Litigants<br>40 Foley Square<br>New York, NY 10007<br>212-613-5090<br>skeane@nylag.org<br><br>*Limited Scope Attorneys for Plaintiff Pro Se* | JACKSON LEWIS P.C.<br><br><br>By: _____<br>Caterina Catalano<br>44 So. Broadway, Ste 14th Fl.<br>White Plains, NY 10601<br>914-872-8007<br>caterina.catalano@jacksonlewis.com<br><br>*Attorneys for Defendant* |